UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel Hines

v.                                    Civil No. 11-cv-184-PB

US Social Security Commissioner


O R D E R


After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Landya B. McCafferty dated March 26,

2012.

SO ORDERED.


April 20, 2012                    /s/ Paul Barbadoro
                                  Paul Barbadoro
                                  United States District Judge


cc:    Counsel of Record